IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-1940-WYD

MARK SCHMIT,

    Plaintiff,

v.

GEORGIANA R. SCOTT AND GEORGIANA R. SCOTT, INC.,

    Defendants.

## ORDER

    THIS MATTER comes before the Court upon a review of Defendants' Notice of Removal of Action Pursuant to 28 U.S.C. §1332 (Diversity of Citizenship) [ECF No. 1]. For the reasons set forth below, this matter is hereby remanded to the District Court, Boulder County, Colorado.

    Defendants maintain that they are citizens of the State of Colorado and Plaintiff is a citizen of the State of Virginia. Accordingly, Defendants state that complete diversity exists and this "is a civil action which may be removed to this court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b)." *See* ECF No. 1, p. 2. Section 1441 generally provides that a "civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Removal based on diversity, however, is available under § 1441 only if none of the Defendants is a citizen of the state in which the

action is brought. 28 U.S.C. §1441(b); *Gaines-Tabb v. Mid-Kansas Co-op. Ass'n*, 980 F.Supp. 1424, 1427 (D.Kan. 1997); *see also Caterpillar Inc. v. Lewis*, 519 U.S. 61, 62 (1996).

Here, both Defendants are Colorado citizens and attempting to remove a case to a federal District Court located in Colorado. Defendants actions are expressly prohibited by § 1441(b). Accordingly, it is

ORDERED that this matter is hereby **REMANDED** and the Clerk of Court shall remand this case to District Court, Boulder County, Colorado from which the case was removed.

Dated: August 17, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge